*Raymond J. Kelly* for the Michigan-Wisconsin Pipe Line Co. et al., respondents.

No. 257. TEXAS *v.* BROWN ET AL.  C. A. 7th Cir.  Motion of the Chicago, Rock Island & Pacific Railroad Co. for leave to intervene as a party respondent granted. Certiorari denied. *Price Daniel,* Attorney General of Texas, for petitioner. *Kenneth F. Burgess* for Brown et al.; and *W. F. Peter* for the Chicago, Rock Island & Pacific Railroad Co., respondents.

No. 139, Misc. BOLDS *v.* RAGEN, WARDEN.  Circuit Court of Will County, Illinois, and C. A. 7th Cir.  Certiorari denied.

No. 144, Misc. DAY *v.* RAGEN, WARDEN.  Circuit Court of Will County, Illinois.  Certiorari denied.

No. 151, Misc. MEYERS *v.* RAGEN, WARDEN.  Supreme Court of Illinois.  Certiorari denied.

No. 22, Misc.  October Term, 1947.  LOWE *v.* UNITED STATES, 332 U. S. 777.  Third petition for rehearing denied.